ESSEX COUNTY TRUST COMPANY, respondent,

*v.*

LORENZO H. ABBEY et al., appellants.

[Submitted July 6th, 1914. Decided October 16th, 1914.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevens, whose opinion is reported *ante p. 47.*

*Mr. Corra N. Williams,* for the respondent.

*Messrs. Queen & Stout,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stevens.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, BOGERT, VREDENBURGH, TERHUNE, HEPPENHEIMER, WILLIAMS—14.

*For reversal*—None.